AO 91 (Rev.11/11) Criminal Complaint

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 31, 2025

SEAN F. McAVOY, CLERK

# United States District Court
### for the
## Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff,* | ) |
|  | ) |
| v. | ) Case No.: 2:25-MJ-00634-JAG |
| PHILLIP BRUCE SMITH, | ) |
| *Defendant.* | ) |
|  | ) |

## CRIMINAL COMPLAINT

I, *Ethan C. Pendleton*, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) September 24, 2023, and October 30, 2025, in the county of Okanogan in the Eastern District of Washington, the defendant, Defendant PHILLIP BRUCE SMITH violated:

   18 U.S.C. § 2252A(a)(2), (b)(1) - Receipt of Child Pornography
   18 U.S.C. § 2252A(a)(5)(B), (b)(2) - Possession of Child Pornography

This complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Complainant's signature*

SA Ethan C. Pendleton, HSI
_____
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: October 31, 2025

City and state: Spokane, Washington

_____
*Judge's signature*

James A. Goeke, United States Magistrate Judge
_____
*Printed name and title*