Case 2:25-mj-00634-JAG    ECF No. 2    filed 10/31/25    PageID.2    Page 1 of 8

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 31, 2025

SEAN F. McAVOY, CLERK

AO 91 (Rev.11/11) Criminal Complaint

# United States District Court
### for the
### Eastern District of Washington

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| *Plaintiff* ) | Case No. 2:25-MJ-00634-JAG |
| ) | |
| **v.** ) | |
| ) | |
| **Phillip Bruce SMITH,** | |
| *Defendant.* | |

## CRIMINAL COMPLAINT AFFIDAVIT

I, Ethan Pendleton, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or between the dates of September 24, 2023, and October 30, 2025 in the County of Okanogan in the Eastern District of Washington, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(A) | Receipt of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

This complaint is based on these facts:

1. I am a Special Agent with Homeland Security Investigations, and the facts alleged in this complaint come from my personal observations, my training and experience, and information obtained from other agents and witnesses.

2. On August 13, 2025, I was assigned to investigate information received from

Complaint Affidavit of SA Pendleton, HSI - 1                                    2:25-MJ-00634-JAG

NCMEC by the Washinton Internet Crimes Against Children (ICAC) Task Force. That information included multiple CyberTipline Reports dating back to August 2023, involving the user of phone number 509-429-1287 (the "Target Phone Number") uploading numerous images of child pornography to the Subject Account (the account identifier for this account is the same as the Target Phone Number) on the Synchronoss Technologies infrastructure, on multiple occasions.

3. For this Subject Account, Synchronoss Technologies is the cloud-based storage provider for content stored on the Verizon Cloud for the above Verizon Target Phone Number. I know, based on my training, knowledge, and experience, that Synchronoss Technologies identifies and reports child sexual abuse imagery to NCMEC in their normal course of business.

4. The information reported by Synchronoss for all the CyberTipline Reports referenced herein included the following information about the suspect user:

>Verified phone number: 5094291287 (Target Phone Number)

>Verified email address: filsmith@televar.com

5. The information relayed by NCMEC included the Phone Number Geo Look Up results for the Target Phone Number, which indicated that the carrier of the phone number is Verizon Wireless and that user of the phone number is Phillip Smith, 52 Engh Rd, Omak, Washington 98841.  NCMEC provided the following explanation for its Geo Look Up results:

Complaint Affidavit of SA Pendleton, HSI - 2                         2:25-MJ-00634-JAG

    A.    "Geo-Lookup: When a reporting party voluntarily reports an IP address and/or phone number, NCMEC Systems will geographically resolve the IP address and/or phone number via publicly-available online queries."

    B.    "Geolocation data is approximate and may not display a user's exact location. Please be aware that the geolocation information provided is not exact but is providing a reliable estimate of location based on identifiers voluntarily provided by the reporting party."

6. <u>CyberTipline Report 174845269</u>

The CyberTipline report reflects that Synchronoss reported an incident time of September 24, 2023, at 21:33:18 UTC, and logged that 8 videos containing child pornography were uploaded to the **Subject Account** on the Synchronoss Technologies infrastructure on September 24, 2023. The CyberTipline report reflects that the service provider, Synchronoss, opened and viewed the material resulting in the report. I have downloaded and reviewed the videos, which all meet the federal definition of child pornography. A description of three of the of the eight videos follows:

    A.    <u>Video 1: File Name ending in 509256a:</u> This is a 68-second video filmed from the first-person perspective of an adult male rubbing his penis on prepubescent minor female; the adult male then penetrates the prepubescent minor female's vagina or anus with his penis. After penetrating

Complaint Affidavit of SA Pendleton, HSI - 3        2:25-MJ-00634-JAG

the minor female, the male moves the minor female's hair to the side exposing the child's face. The child appears to be six (6) to eight (8) years of age.

B.  <u>Video 2: File Name ending in aa0e8d:</u>  This is an 80-second video filmed from the first-person perspective of an adult male with an erect penis with a condom on, while a prepubescent female minor is laying underneath him on her back, with her red underwear pulled to the side. The male anally penetrates the minor, and the video ends with the male removing his penis and exposing the child's red, irritated anus.

C.  <u>Video 3: File Name ending in 66c7b84:</u> This is a 61-second video filmed from the third person point of view to start.   The video depicts an age-difficult female performing oral sex on the genitalia/vagina of a sleeping prepubescent female. The sleeping child is laying on her back, in a pink dress, and appears to be sleeping on cartoon sheets. The camera then pans to the male recording the video, who is laying next to the two females. The adult male filming is seen masturbating his erect penis.

7. *CyberTipline Report 188809457*

In the second CyberTipline report, Synchronoss reported an incident time of March 3, 2024, at 21:01:32 UTC, and logged that one (1) video was uploaded to the Subject Account on the Synchronoss Technologies infrastructure on February

29, 2024. The CyberTipline report reflects that the service provider, Synchronoss, opened and viewed the material resulting in the report. I have downloaded and reviewed the video, which meets the federal definition of child pornography. A description of the uploaded video follows:

> <u>Video 1: File Name ending in d39fb82:</u> This is a 10-second video of a still photo, which shows what appears to be a prepubescent minor female victim on her back, with the camera focused on the minor victim's face. In the video, a nude, adult female can be seen holding the minor victim's head and is seen from above the child spitting semen onto the minor victim's face. One adult male with an erect penis can be seen ejaculating onto the minor victim's forehead, while another erect penis is seen ejaculating onto the side of the minor victim's face.

8. <u>CyberTipline Report 221409646</u>

In the third CyberTipline report, Synchronoss reported an incident time of October 8, 2025, at 21:03:36 UTC, and logged that one (1) photo was uploaded to the Subject Account on the Synchronoss Technologies infrastructure on October 5, 2025. The CyberTipline report reflects that the service provider, Synchronoss, opened and viewed the material resulting in the report. I have downloaded and reviewed the photo, which meets the federal definition of child pornography. A description of the uploaded file follows:

Photo 1: File Name ending in 0b5538f: This is a still depiction of a prepubescent minor female, who is completely devoid of pubic hair or traces of hair, being anally penetrated by an erect penis. The female victim appears not to be fully physically developed, based off her size in relation to the male suspect. Additionally, this photo is a NCEMEC hash value match to a visually similar file that was previously viewed and categorized by NCMEC.

9. On October 30, 2025, a federal search warrant was executed at 52 Engh Rd, Omak, Washington. During the search, a Samsung Galaxy S21 5G (IMEI# 350359740086166) was located in the living room of the residence. Investigators called the **TARGET NUMBER (509-429-1287)** at approximately 07:47 hours, at which time the phone located in the living room began to ring. At this time investigators were able to determine the located phone was unlocked.

10. Investigators conducted a manual review of the device which revealed the following images in the phones "Gallery" (which is an application for managing photos and videos on Galaxy devices):

  A. Screenshot_20251024_044044_Chrome.JPG: This is a still photo depicting a prepubescent female victim, lying on her back, who was displayed wearing a black and white skirt pulled up to purposefully display the minor victim's genitalia, specifically her exposed vagina.

  B. Screenshot_20251024_043914_Chrome.jpg: This is a still photo

depicting a prepubescent female victim, who is completely nude, sitting in the lap of an age difficult male. In this still photo the minor female victim is being vaginally penetrated by the age difficult male's penis. Age difficult refers to it being difficult to determine from appearance alone whether or not the male is under 18 years of age.

    C.    <u>Screenshot_20251024_043636_Chrome.jpg</u>: This is a still photo depicting a minor female victim who is being orally penetrated by an erect penis.

    D.    <u>User23148903_d17cd2b01530.webp/Internal storage/Download</u>: This is a still photo depicting a prepubescent minor female victim being orally penetrated by an erect penis.

11. During a Post-*Miranda* custodial interview, SMITH admitted that the Samsung Galaxy S21 5G described herein is his and further stated that his phone number was 509-429-1287, matching that of the **TARGET NUMBER.**

12. All of the above incidents and events occurred in Okanogan County, which is within the Eastern District of Washington.

## CONCLUSION

13. Based on the aforementioned details, I submit that there is probable cause to believe that Phillip Bruce SMITH committed violations of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(a)(5)(B), Receipt and Possession of Child

Pornography. I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

ETHAN C PENDLETON
Digitally signed by ETHAN C PENDLETON
Date: 2025.10.31 08:22:49 -07'00'

_____
*Complainant's signature*

Ethan C Pendleton, Special Agent HSI
*Printed name and title*

Sworn to before me telephonically and signed electronically.

Date: October 31, 2025

_____
*Judge's signature*

City and state: Spokane, WA    James A. Goeke, United States Magistrate Judge
*Printed name and title*